RANDY TRUETTE,

        Appellant,

v.

WASHINGTON COUNTY,
FLORIDA,

        Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2280

Opinion filed March 3, 2016.

An appeal from the Circuit Court for Washington County.
Owen Powell, Judge.

Marie A. Mattox of Marie Mattox, P.A., Tallahassee, for Appellant.

Margaret Philips Zabijaka and John Sikes Gibbs, III, of Constangy, Brooks, Smith & Prophete, LLP, Jacksonville, for Appellee.

PER CURIAM.

        AFFIRMED.

ROWE, RAY, and SWANSON, JJ., CONCUR.